UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>C.T.F. SOLEDAD, et al.,<br><br>        Defendants. | Case No. 24-cv-06575-NW<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On July 8, 2025, the Court screened Plaintiff Walter Williams' complaint and filed an order of dismissal with leave to amend. ECF No. 11. The order warned Williams that the case may be dismissed if he failed to file an amended complaint within 28 days. *Id.* at 4. After Williams sent the Court a letter asking for the status of his case on July 17, 2025, the Court re-mailed the order on July 19, 2025. ECF Nos. 12, 13. Williams' deadline has now passed, and the Court has not received an amended complaint, request for extension of time, or any other communication from Williams. Given that Williams failed to file an amended complaint, the matter is **DISMISSED WITHOUT PREJUDICE**. *See WMX Techs. v. Miller*, 104 F.3d 1133, 1136 (9th Cir. 1997) (holding that further action by district court is necessary where plaintiff fails to amend after dismissal with leave to amend). Any motion to reopen the case must be accompanied by an amended complaint.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 3, 2025

_____
Noël Wise
United States District Judge